# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHE'AMIR WRIGHT**, | : | **CIVIL ACTION NO. 1:CV-06-1997** |
| | : | |
| Petitioner | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **FRANK TENNIS, et al.,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 11th day of January, 2007, upon consideration of the report of the magistrate judge (Doc. 6), to which no objections were filed, recommending that the petition for writ of habeas corpus (Doc. 1) be transferred, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 6) is ADOPTED.

2. The Clerk of Courts is directed to TRANSFER the above-captioned case to the United States District Court for the Eastern District of Pennsylvania.  See 28 U.S.C. § 2441(d).

3. The Clerk of Court is directed to CLOSE this case.

     /s/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge